WAJDA LAW GROUP, APC
Nicholas M. Wajda (Nev. Bar No. 11480)
871 Coronado Center Drive
Suite 200
Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com
Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TROY C. DODSON, | |
| Plaintiff, | |
| v. | Case No. 2:21-cv-01842-JAD-BNW |
| MONARCH RECOVERY MANAGEMENT, INC., | **NOTICE OF SETTLEMENT** |
| Defendants. | |

PLEASE TAKE NOTICE that TROY C. DODSON ("Plaintiff") and MONARCH RECOVERY MANAGEMENT, INC., ("Defendant"), hereby notify the Court the parties have reached settlement and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 60 days.

Dated: October 18, 2021

Respectfully submitted,

*s/ Nicholas M. Wajda*
WAJDA LAW GROUP, APC
Nicholas M. Wajda (Nev. Bar No. 11480)
871 Coronado Center Drive
Suite 200

### Order
IT IS ORDERED that dismissal documents are due by 12/19/2021.

**IT IS SO ORDERED**
**DATED:** 2:08 pm, October 19, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Henderson, Nevada 89052
+1 702-900-6339
nick@wajdalawgroup.com
Attorney for the Plaintiff
Counsel for Plaintiff

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<em><u>s/ Nicholas M. Wajda</u></em>